# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  REAPPOINTMENT TO      :   No. 59

                                      :

PENNSYLVANIA LAWYERS FUND   :   CLIENT SECURITY APPOINTMENT

                                      :   DOCKET

FOR CLIENT SECURITY BOARD      :

## O R D E R

**PER CURIAM:**

AND NOW, this 19th day of February, 2015, Lewis F. Gould, Jr., Esquire, Philadelphia, is hereby reappointed as a member of the Pennsylvania Lawyers Fund for Client Security Board for a term of three years commencing April 1, 2015.